IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:09CR453 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JAIME PEREZ-VALENZUELA, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the motion of defendant Jaime Perez-Valenzuela (Perez-Valenzuela) to enlarge time (Filing No. 30). The motion does not comply with NECrimR 12.3 (a) and paragraph 9 of the Progression Order (Filing No. 12) in that the motion is not accompanied by the defendant's affidavit or declaration stating that defendant:

(1)   Has been advised by counsel of the reasons for seeking an extension;
(2)   Understands that the time sought by the extension may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*; and
(3)   With this understanding and knowledge, agrees to the filing of the motion.

Accordingly, the motion (Filing No. 30) is :

( X )   Held in abeyance pending compliance with NECrimR 12.3(a) and Paragraph 9 of the Progression Order. Absent compliance **on or before February 25, 2010**, the motion will be deemed withdrawn and termed on the docket.

(   )   Denied.

**IT IS SO ORDERED.**

DATED this 18th day of February, 2010.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge