IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:09CR453 |
| ) | |
| vs. ) | ORDER FOR DISMISSAL |
| ) | |
| JAIME PEREZ- VALENZUELA, ) | |
| JUAN CASTELLANOS, ) | |
| JUAN MANUEL SANDOVAL, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Motion of the United States (Filing No. 46), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment against Jaime Perez-Valenzuela, Juan Castellanos, and Juan Manuel Sandoval.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 46) is granted.

Dated this 8th day of June, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge
United States District Court